IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERNEST LENDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  01-1153-AS |
| ) | |
| ) | |
| PHILIP H. KNIGHT, *et al.*, ) | ORDER OF ADMINISTRATIVE |
| ) | DISMISSAL WITHOUT PREJUDICE |
| Defendants. ) | |
| ) | |

ASHMANSKAS, Magistrate Judge:

Pursuant to the stipulation of the parties, the court finds that the proceedings in this case have been stayed indefinitely, pending resolution of Metivier v. Denunzio, *et al.*, in Oregon Circuit Court. Consequently, for administrative purposes,

IT IS HEREBY ORDERED that:

1) This action is DISMISSED without prejudice to the rights of the parties to reopen these proceedings if resolution of Metivier v. Denunzio, *et al.*, does not resolve this dispute;

2) Pending motions, if any, are DENIED as moot with leave to refile; and

Page - 1 - ORDER OF ADMINISTRATIVE DISMISSAL WITHOUT PREJUDICE

3) The limitations period applicable to the refiling of this action is TOLLED during the pendency of Metivier v. Denunzio, *et al*.

DATED this 30th day of May, 2003.

        /s/Donald C. Ashmanskas
DONALD C. ASHMANSKAS
United States Magistrate Judge

Page - 2 - ORDER OF ADMINISTRATIVE DISMISSAL WITHOUT PREJUDICE