Steven M. Wilker, OSB No. 91188
E-Mail: steven@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2099
Telephone:   (503) 802-2040
Facsimile:    (503) 972-3740

Robert P. Varian (*pro hac vice*)
E-mail: robert.varian@cliffordchance.com
Jonathan B. Gaskin (*pro hac vice*)
E-mail: jonathan.gaskin@cliffordchance.com
**CLIFFORD CHANCE US LLP**
One Market Street
Steuart Street Tower, 4th Floor
San Francisco, CA 94105
Telephone: (415) 778-4700
Facsimile: (415) 778-4701

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERNEST LENDMAN, Individually and Derivatively On Behalf of Nominal Defendant NIKE, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> PHILIP H. KNIGHT, THOMAS E. CLARKE, CHARLES D. DENSON, GARY M. DESTEFANO, MARK G. PARKER, RALPH D. DENUNZIO, RICHARD K. DONAHUE, DOUGLAS G. HOUSER, JOHN E. JAQUA, CHARLES W. ROBINSON, A. MICHAEL SPENCE, JOHN R. THOMSON, JILL K. CONWAY, and DELBERT J. HAYES, <br><br> and <br><br> NIKE, INC., an Oregon corporation, <br><br> Nominal Defendant. | Case No. CV-01-1153-AS <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

PAGE 1 –   STIPULATED DISMISSAL WITH
            PREJUDICE AND [PROPOSED] ORDER

CA 61245.1

WHEREAS, on May 30, 2003, the Court administratively dismissed this action without prejudice in favor of resolution in the substantially similar state derivative action, *Metivier v. Denunzio, et al,.* Case No. 0104 04339, then pending in Oregon Circuit Court;

WHEREAS, *Metvier v. Denunzio, et al.* has settled and final judgment was entered on October 3, 2003;

WHEREAS, the settlement and judgment in *Metivier v. Denunzio, et al* resolved this action;

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE and AGREE:

1. That the administrative dismissal of this action may be changed from without prejudice to with prejudice.

DATED: Oct. 9, 2003

CLIFFORD CHANCE US LLP

Robert P. Varian by [signature]
Robert P. Varian, Esq. (Admitted Pro Hac Vice) by permission
Jonathan B. Gaskin, Esq. (Admitted Pro Hac Vice)
One Market Street
Steuart Street Tower, 8th Floor
San Francisco, CA 94105
Telephone:   (415) 778-4700
Facsimile:   (415) 778-4701

TONKON TORP LLP

[signature]
Steven M. Wilker, OSB No. 91188
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2099
Telephone:   (503) 802-2040
Facsimile:   (503) 972-3740

Attorneys for Defendants Nike, Inc., Phillip H. Knight, Thomas E. Clarke, Charles D. Denson, Gary M. DeStefano and Mark G. Parker

**EMERSON POYNTER LLP**

*[signed] John G. Emerson by [signature] by permission*

John G. Emerson, Jr. (Admitted Pro Hac Vice)
P.O. Box 164810
Little Rock, AR 72216-4810
Telephone: (501) 907-2555
Facsimile: (501) 907-2556
E-mail address:
john@emersonfirm.com

**CAULEY GELLER BOWMAN &
     COATES, LLP**
P.O. Box 25438
Little Rock, AR 72221-5438
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Attorneys for Plaintiff, Ernest Lendman


IT IS SO ORDERED THIS 10 DAY OF OCTOBER, 2003.

*[signature]*

The Honorable Donald C. Ashmanskas


PAGE 3 –   STIPULATED DISMISSAL WITH
           PREJUDICE AND [PROPOSED] ORDER

CA 61245.1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** on:

>John G. Emerson, Jr.
>Emerson Poynter LLP
>P. O. Box 164810
>Little Rock, AR  72216-4810
>
>Cauley Geller Bowman & Coates, LLP
>P.O. Box 25438
>Little Rock, AR  72221-5438
>
>Robert P. Varian
>Jonathan B. Gaskin
>Clifford Chance US LLP
>One Market Street
>Steuart Street Tower, 4th Floor
>San Francisco, CA  94105

by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below

DATED: October 9, 2003.

TONKON TORP LLP

By _____
Steven M. Wilker, OSB No. 91188
Of Attorneys for Defendants

Page 1 – CERTIFICATE OF SERVICE